UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NATURAL RESOURCES DEFENSE COUNCIL, )
)
    Plaintiff, )
) Civil Action No. _____
v. )
)
UNITED STATES ENVIRONMENTAL )
PROTECTION AGENCY, )
)
    Defendant. )
_____)

**LOCAL RULE 7.1 CERTIFICATE**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for plaintiff Natural Resources Defense Council, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the Natural Resources Defense Council which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this court may determine the need for recusal.

                            Respectfully submitted,

                            /s/ Aaron Colangelo
                            Aaron Colangelo (D.C. Bar No. 468448)
                            Natural Resources Defense Council
                            1200 New York Ave NW, Suite 400
                            Washington, DC 20005
                            Phone: (202) 289-2376
                            Fax: (202) 289-1060

                            Counsel for Plaintiff

Dated: August 18, 2008